IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| LOUISE HEARD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:10cv00272 SWW |
| | * | |
| | * | |
| | * | |
| CITY OF BLYTHEVILLE, | * | |
| ARKANSAS; et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

The motion [doc.#2] of separate defendants Ross A. Thompson, in his individual and official capacity, the Blytheville Police Department (City of Blytheville, Arkansas), and the City of Blytheville, Arkansas, for an extension of until and including December 15, 2010 in which to file a responsive pleading is hereby granted.

IT IS SO ORDERED this 1st day of December 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE