# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LOUISE HEARD

vs.                              NO. 3:10CV00272 SWW

CITY OF BLYTHEVILLE, ARKANSAS, ET AL

### ORDER

The Court having notified counsel in the above-styled case that the trial previously scheduled November 7, 2011 would be continued, the case hereby is rescheduled for trial to a jury to commence the week beginning ***JUNE 25, 2012, at 9:30 A.M.*** in Jonesboro, Arkansas.  Counsel should be present at ***9:00 a.m.*** for pretrial matters.

As this matter was continued immediately prior to the trial date, all deadlines for discovery and motions have expired.  All other deadlines remain consistent with the new trial setting:  Motions in limine are due within fourteen (14) days of trial but no later than noon Friday before trial and agreed jury instructions are due no later than 14 days prior to trial.

IT IS SO ORDERED this 3rd day of November 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE