**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**LOUISE HEARD**                                                                                                   **PLAINTIFF**

V.                                       NO. 3:10CV00272-BD

**CITY OF BLYTHEVILLE, ARKANSAS,** *et al.*                                        **DEFENDANTS**

## ORDER

This case is rescheduled for trial to a jury beginning March 5, 2012, at 9:30 a.m. in Jonesboro, Arkansas. Counsel should be present at 9:00 a.m. for pretrial matters.

1. DISCOVERY AND MOTIONS

All deadlines for discovery and motions, excluding motions in limine, have expired. Motions in limine must be filed within the 14 days prior to trial, except for matters that arise unexpectedly after that time.

2. PRETRIAL DISCLOSURES

A Pretrial Disclosure Sheet as outlined in Local Rule 26.2 shall be filed with the Clerk by February 6, 2012.

3. STIPULATION OF AGREED FACTS

A stipulation of agreed facts shall be filed with the Clerk no later than February 21, 2012.

4. JURY INSTRUCTIONS AND VOIR DIRE

An agreed set of jury instructions shall be submitted to the Court no later than February 21, 2012. Eighth Circuit Model Instructions should be used when possible. A

party requesting an instruction which cannot be agreed to should submit that instruction, along with a statement of authority, to the Court.  If possible, counsel should provide the instructions in WordPerfect or Rich Text Format  attached to an email addressed to bdchambers@ared.uscourts.gov.  Proposed voir dire questions should be submitted with the instructions.

    5.    EXHIBITS

To avoid delay during trial, counsel shall mark and exchange all exhibits prior to trial, stipulating to as many as possible.  The exhibits are to be listed in numerical sequence.  Note stipulations and objections on the exhibit list.  The list should be provided to the Courtroom Deputy Clerk no later than February 27, 2012.

    6.    SETTLEMENT

In the event of settlement, please notify the Courtroom Deputy Clerk at 501.604.5114 immediately.

If the parties anticipate bringing electronic devices into the courthouse for any proceeding or the trial, please review General Order No. 54.

DATED this 16th day of December, 2011.

AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK

By:  /s/ Suzy Flippen, Courtroom Deputy Clerk