## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LOUISE HEARD                                                                    PLAINTIFF

V.                              NO. 3:10CV00272-BD

CITY OF BLYTHEVILLE, ARKANSAS, *et al.*                    DEFENDANTS

## ORDER

This case is scheduled for a jury trial on March 5, 2012, in Jonesboro, Arkansas. In the Complaint, filed November 1, 2010, Ms. Heard named a number of John Doe or Jane Doe Defendants. (docket entry #1, ¶7-13, 19, 22, 48) Ms. Heard will have fourteen (14) days from the entry of this Order to show cause why the Court should not dismiss the Doe defendants, without prejudice.

The Federal Rules of Civil Procedure allow 120 days in which to serve defendants. FED.R.CIV.P. 4(m). Ms. Heard has neither requested nor received an extension of time in which to serve the Doe defendants. The time for service, discovery, dispositive motions, and amendment of pleadings has passed without an identification of the Doe defendants. Accordingly, the Court will dismiss the Doe defendants, without prejudice, if Ms. Heard does not show cause why dismissal is not warranted.

DATED this 21st day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE