IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LOUISE HEARD**                                                                                          **PLAINTIFF**

V.                                        **NO. 3:10CV00272-BD**

**CITY OF BLYTHEVILLE, ARKANSAS,** *et al.*                                   **DEFENDANTS**

## ORDER

On December 21, 2011, this Court entered an Order giving Ms. Heard fourteen days to show cause why the Court should not dismiss the Doe defendants. (Docket entry #36)  Ms. Heard has not responded to the Order, and the time to do so has passed. Accordingly, the Doe defendants are DISMISSED, without prejudice.

DATED this 9th day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE