# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LOUISE HEARD**                                                                                     **PLAINTIFF**

V.                                    No. 3:10CV00272 BD

**CITY OF BLYTHEVILLE, ARKANSAS,** *et al.*                              **DEFENDANTS**

## ORDER

Louise Heard, through her attorney, has moved to voluntarily dismiss this case. (Docket entry #38)  For good cause shown, the motion is GRANTED.  Ms. Heard's claims are DISMISSED, without prejudice, pursuant to Fed R. Civ. P. 41(a)(1).

IT IS SO ORDERED this 6th day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE