# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**LOUISE HEARD**                                                                    **PLAINTIFF**

**V.**                                      **No. 3:10CV00272 BD**

**CITY OF BLYTHEVILLE, ARKANSAS,** *et al.*                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT

PREJUDICE.

IT IS SO ORDERED this 6th day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE